GRIFFIN, J.
Joyce M. Mirabile [“Joyce”] appeals the trial court’s entry of final judgment in favor of John L. Mirabile[1] [“John”], finding that Joyce violated Florida’s Adult Protective Services Act, section 415.101-415.113, Florida Statutes (2006) and awarding actual and compensatory damages, pre-judgment interest, costs, and attorney’s fees that totaled $177,494.47. John cross-appeals the trial court’s entry of final judgment as to the trial court’s award of damages. John died on September 11, 2008, and this Court granted Paul J. Mirabile’s[2] motion for his substitution as the appellee/cross-appellant in the instant case.
We affirm in all respects. The evidence is ample to support the trial court’s conclusion that John was a “vulnerable adult” under the statute. The question whether he was exploited turned on the credibility of the witnesses, which was a matter for the trial court. The trial court chose to believe John’s version of events.[3]
AFFIRMED.
MONACO and COHEN, JJ., concur.

. John is Joyce's father.

. Paul is John's son and the personal representative of John’s estate.

.We find no merit to the cross-appeal.